THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNETH EVANS, Defendant-Appellant.

(No. 59618; )

First District (3rd Division)—May 16, 1974.

PER CURIAM.

McNAMARA, J., took no part.

Meyer Weinstein and Samuel E. Hirsch, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and William F. Linkul, Assistant State's Attorneys, of counsel), for the People.